# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00054-CV

**Bradley Dixon and Curtis Rothe, Appellants**

**v.**

**American National Property and Casualty Company; Thomas Pitchford;
and Gary Jones, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT
### NO. D-1-GN-04-004136, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Bradley Dixon and Curtis Rothe have filed an unopposed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellants and appellees have agreed that each party shall bear its own costs in this appeal. We grant the motion, dismiss the appeal, and tax the costs in accordance with the parties' agreement. *See id.*

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Puryear and Henson

Dismissed on Appellants' Motion

Filed: May 1, 2007